Dustin J Buckman
(Name)

3119 Seward
(Address)

Omaha NE 68111
(City, State, Zip)

_____
(CDCR / Booking / BOP No.)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 MAR -5 PM 1:37

OFFICE OF THE CLERK

# United States District Court

~~Southern District of California~~

Dustin James Buckman
(Enter full name of plaintiff in this action.)

                Plaintiff,

v.

Omaha Police Dept
Special K Task
Force Kara Henman
Director Foxhole, DCCC
(Enter full name of each defendant in this action.)

                Defendant(s).

RECEIVED
MAR 5 2018
CLERK
U.S. DISTRICT COURT

Civil Case No. 8:18CV105
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, Dustin J Buckman (print Plaintiff's name), who presently resides at 3119 Seward (mailing address or place of confinement) Douglas County Correctional Center, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Douglas County Correctional Center (institution/place where violation occurred) on (dates) Excessive force, and _____.
(Count 1)  (Count 2)  (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant  Kara Hinman  (name) resides in Douglas County, (County of residence)
and is employed as a  OPD Task force  (defendant's position/title (if any)). This defendant is sued in
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law:  while in custody shot ketamine in Dustin J. Buckman up with wrong medication Cruel and unusual punishment

Defendant  Mr. Foxhole  (name) resides in Douglas, (County of residence)
and is employed as a  Director DCCC  (defendant's position/title (if any)). This defendant is sued in
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law:  Cruel unusual punishment allow staff administer Ketamine

Defendant _____ (name) resides in _____ (County of residence),
and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

Defendant _____ (name) resides in _____ (County of residence),
and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

§ 1983 SD Form
(Rev. 8/15)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Freedom of Cruel and Unusual Punishment

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

See Police report.
Medical report

§ 1983 SD Form
(Rev. 8/15)

3

Count 2: The following civil right has been violated: _____
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

§ 1983 SD Form
(Rev. 8/15)

4

Count 3: The following civil right has been violated: _____
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

§ 1983 SD Form
(Rev. 8/15)

5

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: _____
(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

Can not get the forms they all in it to gather in law library Case Management Void all actions Cannot Think for oneself cause of modication shot up on time of booking in 2000 16 6-2006 6-2016

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

to shot people up with Ketamine medication Ketamine stop for people Epolepsy

2. Damages in the sum of $ 12 000 000 000 Twelve Million
3. Punitive damages in the sum of $ 6 000 000 000 6 million
4. Other: All doctor bills paid

### F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case

3-1-18
Date

_Signature of Plaintiff_

§ 1983 SD Form
(Rev. 8/15)

7

Dustin Beckman
Printed Name

(126506) (H-)
Data #    Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

RECEIVED

MAR 5 2018

U.S. DISTRICT COURT

US District Court
111 So. 18th Plaza
Omaha NE 68108