IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUSTIN JAMES BUCKMAN, <br><br> Plaintiff, <br><br> vs. <br><br> OMAHA POLICE DEPT, SPECIAL K TASK FORCE, KARA HENMAN, and DIRECTOR FOXHOLE, DCCC; <br><br> Defendants. | 8:18CV105 <br><br> **MEMORANDUM AND ORDER** |

On March 19, 2018, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. ([Filing No. 8](#).) To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 20th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge